# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA A. PINKSTON, | |
| *Petitioner*, | 2:07-cv-01305-KJD-LRL |
| vs. | ORDER |
| SHERYL FOSTER, *et al.*, | |
| *Respondents*. | |

Petitioner's motion (#37) for an extension of time is GRANTED, and the time for petitioner to file a reply to the answer is extended up to and including July 30, 2010.

DATED: July 20, 2010

_____
KENT J. DAWSON
United States District Judge