# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARBARA A. PINKSTON,

    Plaintiff,

v.

SHERYL FOSTER, *et al.*,

    Defendants.

Case No. 2:07-CV-1305-KJD-LRL

**ORDER**

    Before the Court is Respondents' Unopposed Motion to Correct Record of State Court Proceedings (#49).  It appears that a portion of the trial transcript was provided to the parties and the Court in hard copy, but was not properly entered into the docket.  The relevant portions of the trial transcript are attached to the instant Motion.  The matter is on appeal and the Circuit Court requires that the documents be filed in this Court.

    Accordingly, **IT IS HEREBY ORDERED THAT** Respondent's Unopposed Motion to Correct Record of State Court Proceedings (#49) is **GRANTED**.

    DATED this 12th day of August 2011.

_____
Kent J. Dawson
United States District Judge