# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARBARA A. PINKSTON,

    *Petitioner*,

vs.

SHERYL FOSTER, et al.,

    *Respondents*.

2:07-cv-01305-KJD-PAL

ORDER

This is a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF #69). Respondents have filed a motion to dismiss ground ten (ECF #72). Petitioner, through counsel, filed a motion for extension of time to oppose the motion (ECF #75). Good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion to extend time (ECF #75) is **GRANTED**. Petitioner shall file her opposition to the motion to dismiss within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file her second amended petition (ECF #68) and respondents' motion for extension of time to respond to the second amended petition (ECF #71) are both **GRANTED** *nunc pro tunc*.

Dated this   10   day of June, 2015.

                                                UNITED STATES DISTRICT JUDGE