UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA A. PINKSTON,<br><br>　　　　　Petitioner,<br>　v.<br>SHERYL FOSTER, et al.,<br><br>　　　　　Respondents. | Case No. 2:07-cv-01305-KJD-GWF<br><br>ORDER |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 20, 2016, this court granted a stay and administratively closed petitioner Barbara A. Pinkston's federal habeas corpus action while she litigated her state petition (ECF No. 81).

Pinkston's further state-court proceedings have concluded, and she has now returned to this court, through counsel, seeking to reopen this case (ECF No. 82). Petitioner has filed supplemental exhibits in support of the motion to reopen the case and in support of her second-amended petition (ECF No. 83). Petitioner asks that the supplemental exhibits be linked to her second-amended petition at ECF No. 69. Respondents have not opposed nor responded to the motion in any way. Good cause appearing, this action is reopened, and the court now sets a further briefing schedule.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen this action (ECF No. 82) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as the stay is lifted by this order, the Clerk shall REOPEN THE FILE in this action.

**IT IS FURTHER ORDERED** that the supplemental exhibits filed at ECF No. 82 are ACCEPTED as supplemental exhibits to the second-amended petition (ECF No. 69). The Clerk of Court SHALL LINK the supplemental exhibits (ECF No. 82) to the amended petition (ECF No. 69) on the CM/ECF docket in this action.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** following the date of entry of this order within which to answer, or otherwise respond to, the second-amended petition (ECF No. 69).

**IT IS FURTHER ORDERED** that petitioner shall have **forty-five (45) days** following service of the response to file and serve petitioner's response.

**IT IS FURTHER ORDERED** that the parties SHALL SEND courtesy copies of all exhibits to the Reno Division of this court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties shall provide courtesy copies of any additional exhibits submitted to the court in this case, in the manner described above.

DATED: 13 January 2017.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE