UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA A. PINKSTON,<br><br>　　　　　Petitioner,<br>v.<br>SHERYL FOSTER, et al.,<br><br>　　　　　Respondents. | Case No. 2:07-cv-01305-KJD-GWF<br><br>ORDER |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Before the court are motions for extension of time by both parties (ECF Nos. 95, 97). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer to the petition (ECF No. 95) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file a reply in support of the petition (ECF No. 97) is **GRANTED** *nunc pro tunc*.

DATED: 19 June 2018.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1