UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BARBARA A. PINKSTON, | Case No. 2:07-cv-01305-KJD-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| SHERYL FOSTER, et al., | |
| Respondents. | |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

It has come to the court's attention that exhibit 40, reporter's transcript of jury trial, September 15, 1997, is incomplete (*see* ECF Nos. 18-2, 18-3).

**IT IS THEREFORE ORDERED** that, within 10 days of the date of this order, petitioner shall file a complete copy of exhibit 40.

DATED: 10 December 2019.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE